ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

SEP 0 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>JAMES RICKY REYNOLDS<br><br>SUZANNE MARIE REYNOLDS<br><br>             Debtors | Chapter 13<br><br>Case No. 06-50565 CN<br><br>**NOTICE OF UNCLAIMED DIVIDEND** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497142 for an unclaimed dividend in the amount of $9.65. The name and address of the claimant entitled to the unclaimed dividend is as follows;

        JAMES RICKY REYNOLDS
        SUZANNE MARIE REYNOLDS
        845 OAK ST
        MONTEREY, CA 93940

Dated: September 02, 2011

                                                          DEVIN DERHAM-BURK, TRUSTEE